BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

FILED

JUL 30 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY $1,539,136.57 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XXXXXX3247, et al.,

Defendants.

2:14-MC-00134-MCE-EFB

ORDER TO UNSEAL REDACTED SEARCH AND SEIZURE WARRANT AFFIDAVIT

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the redacted affidavit supporting the search and seizure warrants executed on or about September 17, 2014 in the above captioned proceeding be and are hereby unsealed.

Date: 7/30/15

_____
DALE A. DROZD
United States Magistrate Judge