BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $1,539,136.57 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XXXXXX3247,  et al.,<br><br>                    Defendants. | 2:14-MC-00134-MCE-EFB<br><br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE AND RELEASING CERTAIN ASSETS |

It is hereby stipulated by and between the United States of America and potential claimants Don Freels, as President of Capital Sweepstakes Systems, Inc. and Kevin Freels, by and through their respective attorneys, as follows:

1.        On or about September 17, 2014, the Federal Bureau of Investigation ("FBI") seized all but one of the above-referenced defendant funds for federal forfeiture.

2.        Under 18 U.S.C. §§ 983(a)(1)(A)(i) and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against at least some of the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within sixty ("60") days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was November 16, 2014.

3. By Stipulation and Order filed on or about November 18, 2014, the parties stipulated to extend to February 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4. By Stipulation and Order filed on or about February 24, 2015, the parties stipulated to extend to March 18, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed on or about March 19, 2015, the parties stipulated to extend to April 17, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed on or about April 21, 2015, the parties stipulated to extend to May 17, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed on or about May 19, 2015, the parties stipulated to extend to June 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. By Stipulation and Order filed on or about June 15, 2015, the parties stipulated to extend to July 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. By Stipulation and Order filed on or about July 17, 2015, the parties stipulated to extend to August 17, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

Stipulation and Order to Extend Time

10. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11. Accordingly, and except as otherwise provided, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to September 16, 2015.

12. By agreeing to this stipulation, the potential claimants do not waive any potential challenges to the turnover, seizure and/or forfeiture of the defendant funds, do not waive the right to seek at any time the return of the funds pursuant to Fed. R. Crim. P 41(g), and do not waive any defenses to the seizure of the funds in any subsequent civil judicial or criminal forfeiture proceeding.

Dated:   8/13/2015              BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney

Dated:   8/13/2015               /s/ Courtney J. Linn
                                COURTNEY J. LINN
                                Attorney for potential claimants
                                Capital Sweepstakes Systems, Inc.
                                and Kevin Freels
                                (Authorized via email)

**ORDER**

IT IS SO ORDERED.

Dated: August 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order to Extend Time