1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                2:14-MC-00134-MCE-EFB

12            Plaintiff,

13      v.                                   STIPULATION AND ORDER EXTENDING
                                             TIME FOR FILING A COMPLAINT FOR
14                                           FORFEITURE AND/OR TO OBTAIN AN
    APPROXIMATELY $1,539,136.57 SEIZED       INDICTMENT ALLEGING FORFEITURE
15  FROM WELLS FARGO BANK ACCOUNT            AND RELEASING CERTAIN ASSETS
    NUMBER XXXXXX3247,  et al.,
16
              Defendants.
17

18

19      It is hereby stipulated by and between the United States of America and potential claimants

20  Don Freels, as President of Capital Sweepstakes Systems, Inc. and Kevin Freels, by and through

21  their respective attorneys, as follows:

22      1.      On or about September 17, 2014, the Federal Bureau of Investigation ("FBI") seized

23  all but one of the above-referenced defendant funds for federal forfeiture.

24      2.      Under 18 U.S.C. §§ 983(a)(1)(A)(i) and 983(a)(3)(A), the United States is required to

25  send notice to potential claimants, file a complaint for forfeiture against at least some of the

26  defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture

27  within sixty ("60") days of seizure, unless the court extends the deadline for good cause shown or by

28  agreement of the parties.  That deadline was November 16, 2014.

                                             1

3.      By Stipulation and Order filed on or about November 18, 2014, the parties stipulated to extend to February 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4.      By Stipulation and Order filed on or about February 24, 2015, the parties stipulated to extend to March 18, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      By Stipulation and Order filed on or about March 19, 2015, the parties stipulated to extend to April 17, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.      By Stipulation and Order filed on or about April 21, 2015, the parties stipulated to extend to May 17, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7.      By Stipulation and Order filed on or about May 19, 2015, the parties stipulated to extend to June 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8.      By Stipulation and Order filed on or about June 15, 2015, the parties stipulated to extend to July 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9.      By Stipulation and Order filed on or about July 17, 2015, the parties stipulated to extend to August 17, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

Stipulation and Order to Extend Time

10.    By Stipulation and Order filed on or about August 19, 2015, the parties stipulated to extend to September 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11.    By Stipulation and Order filed on or about September 21, 2015, the parties stipulated to extend to October 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

12.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

13.    Accordingly, and except as otherwise provided, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to November 16, 2015.

///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

14.     By agreeing to this stipulation, the potential claimants do not waive any potential

challenges to the turnover, seizure and/or forfeiture of the defendant funds, do not waive the right to

seek at any time the return of the funds pursuant to Fed. R. Crim. P 41(g), and do not waive any

defenses to the seizure of the funds in any subsequent civil judicial or criminal forfeiture proceeding.

Dated:   10/14/2015                              BENJAMIN B. WAGNER
                                                 United States Attorney


                                       By:    /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney


Dated:   10/14/2015                               /s/ Courtney J. Linn
                                              COURTNEY J. LINN
                                              Attorney for potential claimants
                                              Capital Sweepstakes Systems, Inc.
                                              and Kevin Freels
                                              (Authorized via email)


## ORDER

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED that the deadline by which

the United States shall be required to file a complaint for forfeiture against the defendant funds

and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be

extended to November 16, 2015.

IT IS SO ORDERED.

DATED:  October 22, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

4

Stipulation and Order to Extend
Time